UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.W.P. DISTRIBUTORS, INC.

Plaintiff,

-v-

OE PLUS LTD.

Defendant.

JUDGE KARAS

Case No. 07 CIV. 9588

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

B.W.P. DISTRIBUTORS, INC.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: October 25, 2007

Signature of Attorney

Attorney Bar Code: DF-3027

Form Rule7_1.pdf  SDNY Web 10/2007