# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07CIV9588                                              Date Filed: _____

**B.W.P. Distributers**

**Plaintiff(s)**

**OE Plus Ltd.**

**Defendant(s)**

Received by Lynn Constables Nationwide Service to be served on **OE PLUS LTD. 620 Spring St North Dighton, MA 02764.**

I, Russell Nordgren, being duly sworn, depose and say that on the **2nd day of November, 2007** at **1:34 pm**, I:

Served the within named corporation by delivering a true copy of the **Summons and Complaint in a Civil Case** to Andy Sampson as VP/Operations thereof, of the within named corporation, in compliance with State Statutes.

**Military Status:** I asked the person spoken to whether said served was in active military service of the United States or of the State of New York or the Commonwealth of Massachusetts in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States of New York State, or the Commonwealth of Massachusetts as the term is defined in the State, Commonwealth, or in the Federal statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 150, Hair: Gray, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 5th day of November, 2007 by the affiant in the Commonwealth of Massachusetts in Suffolk County

NOTARY PUBLIC

Russell Nordgren
Process Server

**Lynn Constables Nationwide Service**
15 Fenton Ave.
Lynn, MA 01905
(781) 595-0684

Our Job Serial Number: 2007000622