AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

B.W.P. DISTRIBUTORS, INC.

**SUMMONS IN A CIVIL ACTION**

V.

OE PLUS LTD.

CASE NUMBER:

**07 CIV. 9588**

**JUDGE KARAS**

TO: (Name and address of Defendant)

OE PLUS LTD.
620 Spring Street
North Dighton, Mass 02764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Greene & Associates, P.C.
202 Mamaroneck Avenue
White Plains, New York 10601

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

OCT 2 6 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/2/2007 |
| NAME OF SERVER (PRINT) Russell Nordgren | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: OE Plus Ltd - 620 Spring St. in North Dighton, MA 02764 to Andy Sampson VP/operations @ 1:34 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2/2007
         Date            Signature of Server

15 Fenton Ave - Lynn, MA 01905
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.