UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
B.W.P. DISTRIBUTORS, INC., :
:
    Plaintiff/Counterclaim Defendant, :
: Case No. 07 CIV. 9588
v. :
:
OE PLUS LTD :
:
    Defendant/Counterclaim Plaintiff. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Plaintiff OE Plus Ltd. states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

    Respectfully submitted,

    OE Plus, Ltd.,

    By its attorneys

    /s/ Kent D.B. Sinclair
    Kent D.B. Sinclair (Bar No. KS4877)
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    Telephone:    (617) 946-4800
    Telecopier:    (617) 946-4801

Dated: November 30, 2007    Email:  ksinclair@seyfarth.com

2

Of Counsel:

Kevin J. Lesinski
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:  (617) 946-4800
Telecopier:  (617) 946-4801
Email:  klesinski@seyfarth.com