# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

(617) 946-4800
fax (617) 946-4801
www.seyfarth.com

Writer's direct phone
617-946-4810

Writer's e-mail
klesinski@seyfarth.com

September 14, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Mr. Neil Stockel
BWP Distributors, Inc.
215 Business Park Drive
Armonk, NY 10504

Re:   Demand For Payment to OE Plus

Dear Mr. Stockel:

This office represents OE Plus with regard to claims OE Plus has against you and BWP Distributors, Inc. (collectively, "BWP") for unfair and deceptive business practices, breach of contract, misrepresentation, unjust enrichment, breach of the covenant of good faith and fair dealing, good sold and delivered and quantum meruit. This letter shall constitute a demand for relief pursuant to Massachusetts General Law, Chapter 93A, Section 11.

BWP currently owes OE Plus the sum of One Million Nineteen Thousand One Hundred Six Dollars and Seventeen Cents ($1,019,106.17). This amount is comprised of the following components: (a) $264,410.77 for an accounts receivable balance that remains unpaid; and (b) $754,695.40 for excess core and warranty returns made during calendar year 2006. As you know, OE Plus has made numerous attempts to collect these amounts from BWP, but BWP has refused to pay them.

On behalf of OE Plus, we hereby demand payment of the sum of $1,019,106.17 within 14 days of the date of this letter. If said amount is not paid in full by September 28, 2007, we shall have no choice but to seek to enforce OE Plus' rights and remedies, and to take whatever action is necessary within the bounds of the law to recover all amounts due from BWP to OE Plus. In that event, please be advised that pursuant to Massachusetts General Laws, Chapter 93A, Section 11, OE Plus shall be entitled to, and shall seek recovery of three times the amount of its actual damages, along with all attorneys' fees incurred in connection with the prosecution of its action against you and BWP.

Sincerely,
SEYFARTH SHAW LLP

*Kevin J. Lesinski/kms*

Kevin J. Lesinski

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

BO1 15880862.1