*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
B.W.P. DISTRIBUTORS, INC.,

                Plaintiff,

   -against-

OE PLUS LTD.,

                Defendant.
-------------------------------------------------------- X

Case No. 07 Civ. 9588

**STIPULATION TO EXTEND TIME TO ANSWER**

It is hereby stipulated and agreed, as of this 10th day of December 2007 by and between counsel for the Plaintiff/Counterclaim Defendant, B.W.P. DISTRIBUTORS, INC. and Defendant/Counterclaim Plaintiff, OE PLUS LTD that the time for B.W.P. DISTRIBUTORS, INC. to serve responsive pleadings or otherwise move with respect to the Defendant's counterclaims in the above captioned matter is hereby extended through and including January 9, 2008

SEYFARTH SHAW LLP

By: _____
Kent Sinclair, Esq. (KS-4877)
Attorneys for Defendant
World Trade Center East
Two Seaport Lane
Boston, MA 02210-2028
(617) 946-4800

ANDREW GREENE & ASSOCIATES, P.C.

By: _____
Daniel Felber, Esq. (DF-3027)
Attorneys for Plaintiff
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 948-4800

So ORDERED:

_____
U.S.D.J.

dated 12/13/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____