

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

B.W.P. DISTRIBUTORS, INC., :

        Plaintiff/Counterclaim Defendant, :

        v. :

OE PLUS LTD :

        Defendant/Counterclaim Plaintiff. :

---

Case No. 07 CV 9588 (KMK)

(MDF)

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kent D.B. Sinclair, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Kevin J. Lesinski
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        Telephone:    (617) 946-4800
        Telecopier:   (617) 946-4801

Kevin J. Lesinski is a member in good standing of the Bar of the States of Massachusetts, California and Michigan.  There are no pending disciplinary proceedings against Kevin J. Lesinski in any State or Federal court.

BO1 15894284.1

We are informed by counsel for the Plaintiff/Counterclaim Defendant B.W.P.

Distributors, Inc. that they assent to the granting of this motion.

Dated:  February 15, 2008

Boston, Massachusetts

Respectfully submitted,

Kent D.B. Sinclair (Bar No. KS4877)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801
Email:  ksinclair@seyfarth.com


## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, a copy of the *Motion to Admit Counsel Pro Hac Vice* was served by First-Class Mail, postage prepaid on Daniel Felber, Esq., and Thomas C. Landrigan, Andrew Greene & Associates, P.C., 202 Mamaroneck Avenue, White Plains, New York 10601, Counsel for Plaintiff.

Kent D.B. Sinclair

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.W.P. DISTRIBUTORS, INC., | : |
| Plaintiff/Counterclaim Defendant, | : |
| v. | : Case No. 07 CV 9588 |
| OE PLUS LTD | : |
| Defendant/Counterclaim Plaintiff. | : |

## AFFIDAVIT OF KENT D.B. SINCLAIR IN SUPPORT
## OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Kent D.B. Sinclair, being duly sworn, hereby deposes and says as follows:

1.      I am a partner at the law firm Seyfarth Shaw LLP, counsel for Defendant/Counterclaim Plaintiff OE Plus Ltd in the above-captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant/Counterclaim Plaintiff's motion to admit Kevin J. Lesinski as counsel *pro hac vice* to represent OE Plus Ltd in this matter.

2.      I am a member in good standing of the bars of Massachusetts, Connecticut, Colorado, and the District of Columbia and was admitted to practice law on March 18, 1991.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Kevin J. Lesinski since November of 2002.

4.      Kevin J. Lesinski is a partner at Seyfarth Shaw LLP, in Boston, Massachusetts.

5.      I have found Mr. Lesinski to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court.

6.      Accordingly, I am pleased to move the admission of Kevin J. Lesinski, *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Kevin J. Lesinski, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Kevin J. Lesinski, *pro hac vice*, to represent Defendant/Counterclaim Plaintiff OE Plus Ltd in the above-captioned matter, be granted.

Dated:  February 15, 2008

Boston, Massachusetts

Respectfully submitted,

Kent D.B. Sinclair (Bar No. KS4877)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801
Email:  ksinclair@seyfarth.com

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifth** day of **July** A.D. **1989** , said Court being the highest Court of Record in said Commonwealth:

## Kevin John Lesinski

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-third** day of **January** in the year of our Lord **two thousand and eight**.



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF            MASSACHUSETTS

## CERTIFICATE OF
## GOOD STANDING

*I,*            Sarah A. Thornton            *, Clerk of this Court,*

*certify that*    **Kevin J. Lesinski**    *, Bar #*   554140        *,*

*was duly admitted to practice in this Court on*

September 29, 1989        *, and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at*    Boston, Massachusetts    *on*   January 28, 2008    .

LOCATION                        DATE



**Sarah A. Thornton**

CLERK                                    DEPUTY CLERK

**THE
STATE BAR
OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 23, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEVIN JOHN
LESINSKI, #110862 was admitted to the practice of law in this state by the
Supreme Court of California on December 12, 1983; and has been since that
date, and is at date hereof, an ACTIVE member of the State Bar of
California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records



# United States Court of Appeals

## For the
## First Circuit

---

## Certificate of Good Standing

I, Richard Cushing Donovan, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that **Kevin J. Lesinski** was on the tenth day of May, in the year of our Lord, one thousand nine hundred and ninety-one, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

**In Testimony Whereof,** Thereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this twenty-eighth day of January in the year of our Lord two thousand and eight.



Richard C Donovan

Clerk of the United States Court of Appeals for the First Circuit

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

———————

TO ALL WHOM IT MAY CONCERN, GREETINGS:

THIS IS TO CERTIFY THAT

### KEVIN J. LESINSKI,

OF **BOSTON,** COMMONWEALTH OF **MASSACHUSETTS,** WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **EIGHTEENTH** DAY OF **SEPTEMBER,** IN THE YEAR OF OUR LORD ONE THOUSAND NINE HUNDRED AND EIGHTY-SIX, AND THAT **HE,** IS NOW IN GOOD STANDING.

In Testimony Whereof, I Leonard Green, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **28th** day of **January** in the year of our Lord two thousand and eight.

Leonard Green
Clerk, United States Court of Appeals
for the Sixth Circuit

Lance Gifford
Deputy Clerk



Form 6CA-21
Revised January 2002

# United States Court of Appeals
## for the Federal Circuit

717 Madison Place, N.W.
Washington, D.C. 20439

**Jan Horbaly**
**Clerk of Court**

202-633-6550
202-633-9623 (F)



I, Jan Horbaly, Clerk/Circuit Executive, of the United States Court of Appeals for the Federal Circuit hereby certifies that;

*Kevin J. Lesinski*

was admitted to practice as an Attorney and Counselor of Law,
to the United States Court of Appeals for the Federal Circuit
on the fourth of April, Two Thousand and Seven.
This attorney is now and has been continuously since that date,
an attorney in good standing with this Court.

January 30, 2008

Jan Horbaly,
Clerk/Circuit Executive



# State Bar of Michigan

## Certificate

### of Good Standing

This certifies that Kevin J. Lesinski, P38437 of Boston, Massachusetts is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 18, 1985 in Oakland County and became a member of the State Bar of Michigan on December 12, 1983.

Janet K. Welch
Executive Director
January 17, 2008

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

## Kevin John Lesinski

was admitted to the practice of law in the courts of the State of Michigan on

## November 18, 1985

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: January 17, 2008

_____
Deputy            Clerk