UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.W.P. DISTRIBUTORS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

OE PLUS LTD

    Defendant/Counterclaim Plaintiff.

Case No. 07 CV 9588 (KMK)

*Paid fe 25.00 rec E634651*

---

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Kent D.B. Sinclair, attorney for Defendant/Counterclaim Plaintiff OE Plus Ltd, and said sponsor's attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Kevin J. Lesinski
    SEYFARTH SHAW LLP
    World Trade Center East, Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    Telephone:  (617) 946-4800
    Telecopier:  (617) 946-4801
    klesinski@seyfarth.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

is admitted to practice *pro hac vice* as counsel for Defendant/Counterclaim Plaintiff OE Plus Ltd in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 2/21/18
City, State:

                    United States District/~~Magistrate~~ Judge

BO1 15908000.1