## CUSTOMER SERVICE/TECHNICAL SUPPORT
## 1-800-9OE-PLUS
## (1-800-963-7587)
## CORE RETURN POLICY

All cores must be returned in the original box, as distributed by OE Plus, LTD and identified by the corresponding OE Plus part number and UPC Code. Cores are subject to verification. In cases where a core does not match the number on its box, credit will be issued based upon our determination of that cores part number. All cores being returned must be as a result of purchases made on those specific units direct from the factory. NO substitutions are permitted. All cores must be returned within 12 months of the original purchase for credit eligibility, after that NO core credit will be allowed.
Cores will be credited at the most current printed prices.
NO CORE CREDIT WILL BE ISSUED FOR:
Disassembled or broken cores, damaged cores as the result of fire or water, obsolete cores, modified or aftermarket cores not suitable for rebuilding, direct drive starter cores being returned for gear reduction units originally supplied or cores that are of scrap value only.

## CUSTOMER SATISFACTION WARRANTY

OE PLUS, LTD warrants to the original purchaser that our starters and alternators will be free from defects in materials and workmanship when installed on private passenger cars and light trucks under normal operating conditions for as long as the original purchaser owns the vehicle on which these OE PLUS products were originally installed. OE PLUS's liability in such instances shall be limited to the cost of the unit and specifically excludes any incidental or consequential damage that may result from the unit's failure.
The warranty is void if the unit has been disassembled in any way.
The warranty does not apply to (i) accidents, alterations, negligence, misuse, wrong application or incorrect installation which results in product failure; (ii) products installed on commercial, fleet, racing, off road, or industrial motor vehicles.

NO OTHER WARRANTY, EXPRESS OR IMPLIED, IS APPLICABLE TO THE STARTERS AND ALTERNATORS. THE DURATION OF ANY IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, IS LIMITED TO THE DURATION OF THE EXPRESS WARRANTY HEREIN. EXCEPT TO THE EXTENT PROHIBITED BY APPLICABLE LAW, ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ON STARTERS & ALTERNATORS IS HEREBY EXCLUDED. OE PLUS, LTD SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES FOR ANY BREACH OF ANY WARRANTY, EXPRESSED OR IMPLIED.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitations on how long an implied warranty lasts, so these limitations or exclusions may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary, from state to state.

## COMMERCIAL WARRANTY
### (Limited 90 Day Warranty)

OE PLUS, LTD warrants to the original purchaser that our starters and alternators will be free from defects in materials and workmanship when installed on commercial cars and trucks for a period of 90 days.
The warranty does not apply to; accidents, alterations, negligence, misuse, wrong application or incorrect installation which results in product failure. OE PLUS, LTD's liability in such instances shall be limited to the cost of the unit and specifically excludes any incidental or consequential damage that may result from the unit's failure. The warranty is void if for any reason the unit has been disassembled in any way.

This warranty gives you specific legal rights and you may also have other rights, which vary, from state to state.