UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.W.P. DISTRIBUTORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-CV-3588 |
| OE PLUS, LTD., | ) |
| Defendant. | ) |

**COMPENDIUM OF NON-NEW YORK AND UNPUBLISHED DECISIONS IN SUPPORT OF DEFENDANT/COUNTERCLAIM-PLAINTIFF OE PLUS LTD.'S OPPOSITION TO PLAINTIFF/COUNTERCLAIM-DEFENDANT'S MOTION TO DISMISS COUNTERCLAIM**

OE PLUS, LTD.,

By its attorneys,

_/s/ Kevin J. Lesinski_
Kevin J. Lesinski (Admitted *Pro Hac Vice*)
Kent D.B. Sinclair (Bar No. KS4877)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
(617) 946-4800

Dated: May 7, 2008

TAB

1. *Anthony's Pier Four, Inc. v. HBC Associates*, 411 Mass. 451 (1991)

2. *Blue Hills Office Park LLC v. J.P. Morgan Chase Bank*, 477 F. Supp. 2d 366 (D. Mass. 2007)

3. *Commercial Union Insurance Co. v. Seven Provinces Insurance Co., Ltd.*, 217 F.3d 33 (1st Cir. 2000)

4. *Delano Growers' Co-op. Winery v. Supreme Wine Co.*, 393 Mass. 666 (1985)

5. *Flagship Cruises, Ltd. v. New England Merchants National Bank of Boston*, 569 F.2d 699 (1st Cir. 1978)

6. *Fortin v. Ox-Bow Marina, Inc.*, 408 Mass. 310 (1990)

7. *Gaetano Assocs. v. Artee Collections, Inc.*, 2006 WL 330322, *4 (S.D.N.Y. Feb. 14, 2006)

8. *In re Pharmaceutical Industry Average Wholesale Price Litigation*, 491 F. Supp. 2d 20 (D. Mass. 2007)

9. *Jet Line Services, Inc. v. American Employers Insurance Co.*, 404 Mass. 706 (1989)

10. *Li'l Peach of Mass., Inc. v. Prendergast*, 1996 WL 1251389, *2 n.4 (Mass. Super. Aug. 15, 1996)

11. *Linkage Corp. v. Trustees of Boston University*, 425 Mass. 1 (1997)

12. *Manning v. Zuckerman*, 388 Mass. 8 (1983)

13. *Massachusetts Employers Insurance Exchange v. Propac-Mass, Inc.*, 420 Mass. 39 (1995)

14. *Massachusetts Farm Bureau Federation, Inc. v. Blue Cross of Massachusetts, Inc.*, 403 Mass. 722 (1989)

15. *Mear v. Sun Life Assur. Co. of Canada (U.S.)/ Keyport Life Ins. Co.*, 2008 WL 245217, *3 (D. Mass. Jan. 24, 2008)

<u>TAB</u>

16. *NASCO, Inc. v. Public Storage, Inc.*, 127 F.3d 148 (1st Cir. 1997)

17. *Novacore Techs., Inc. v. GST Commc'ns Corp.*, 20 F. Supp. 2d 169 (D. Mass. 1998)

18. *P & F Construction Corp. v. Friend Lumber Corp. of Medford*, 31 Mass. App. Ct. 57 (1991)

19. *Pepsi-Cola Metropolitan Bottling Co., Inc. v. Checkers, Inc.*, 754 F.2d 10 (1st Cir. 1985)

20. *PMP Assocs., Inc. v. Globe Newspaper Co.*, 366 Mass. 593 (1975)

21. *Primedia Enthusiast Publication Inc. v. Ashton Intern. Media, Inc.*, 2003 WL 22220375 *9 (S.D.N.Y. Sept. 25, 2003)

22. *Provenzano v. Plymouth Rock Assur. Corp.*, 2008 WL 466395 *3 (Mass. App. Ct. Feb. 19, 2008)

23. *Schwartz v. Travelers Indemnity Co.*, 50 Mass.App.Ct. 672 (2001)

24. *Slaney v. Westwood Automobile, Inc.*, 366 Mass. 688 (1975)

25. *Southwick Clothing, LLC v. GFT (USA) Corp.*, 2004 WL 2914093 *16 (S.D.N.Y. Dec. 15, 2004)

26. *Spence v. Boston Edison Co.*, 390 Mass. 604 (1983)

27. *Stagecoach Transport, Inc. v. Shuttle, Inc.*, 50 Mass. App. Ct. 812 (2001)

28. *U.S. Funding, Inc. of America v. Bank of Boston Corp.*, 28 Mass. App. Ct. 404 (1990)

29. *USM Corp. v. Arthur D. Little Systems, Inc.*, 28 Mass. App. Ct. 108 (1990)

30. *Wayne Investment, Inc. v. Gulf Oil Corp.*, 739 F.2d 11 (1st Cir. 1984)

31. *Whitinsville Plaza, Inc. v. Kotseas*, 378 Mass. 85 (1979)

32. *Yankelevitz v. Cornell University*, 1997 WL 115651, *5 (S.D.N.Y. Mar. 14, 1997)